IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THEOPHLIS R. ERVIN, #142696, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO 2:13-cv-468-WHA |
| | ) | |
| LEEPOSEY DANIELS, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #145), entered on August 4, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The Defendants' Motion for Summary Judgment is GRANTED.

2. Judgment is GRANTED in favor of the Defendants.

3. This case is DISMISED with prejudice.

4. Costs are taxed against the Plaintiff.

DONE this 29th day of August, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE